# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **STACCATO CARLOS VALENTINO,**<br>**BLAKELY,** a/k/a Stiletto Carlucci Luciano, | Civil No. 05-2680 MJD/SRN |
| **Plaintiff,** | |
| v. | |
| | **ORDER** |
| **STILLWATER MN STATE PRISON MAIL ROOM EMPLOYEES'S OF SUPERVISOR MARY PEREZ, HELENE HAWORTH, JUNE LIAD, LEIGH MCCORT, COMMISSIONER OF MN STATE PRISON JOAN FABIAN, ADULT FACILITIES DIVISION ERIK SKON ASSISTANT COMMISSIONER OF MN STATE PRISONS,** | |
| **Defendants.** | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 6, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is SUMMARILY DISMISSED WITHOUT PREJUDICE.

DATED: March 01, 2006.

                                                      s / Michael J. Davis
                                                      Judge Michael J. Davis

United States District Court Judge